## IN THE UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-80660 |
| Derek Bruce Woods; | CHAPTER 7 |
| Debtor(s). | JUDGE Thomas L. Perkins |

### MOTION FOR RELIEF FROM AUTOMATIC STAY

Now comes Wells Fargo Bank, N.A., secured creditor herein, by and through its attorneys, ANSELMO LINDBERG OLIVER LLC, and moves for entry of the attached Order Granting Relief from the Automatic Stay and in support thereof respectfully states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the general orders of the Central District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

4. The debtor filed a petition for relief under Chapter 7 on May 2, 2017.

5. Wells Fargo Bank, N.A. holds a mortgage secured by a lien on debtor's real estate commonly known as 301 West Williams Street, Atkinson, Illinois 61235.

6. There is no equity in the property as the value is $65,000.00 (per Schedule A/B) and the total payoff amount as of June 8, 2017, is $66,461.92.

7. Per the statement of intentions, the property is being surrendered.

8. Due to the debtor surrendering the property to the creditor and the failure of the debtor to make timely payments, there is cause for the automatic stay to be modified as to the movant pursuant to 11 U.S.C. § 362(d)(1).

9. The property is not necessary to an effective reorganization.

10.     The movant requests the Court order that Rule 4001(a)(3) is not applicable.

NOTE: Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

**WHEREFORE**, Movant prays for an entry of the attached Order Granting Relief from the Automatic Stay and for such further relief as this Court deems proper.

Wells Fargo Bank, N.A.

/s/ Crystal Sava

Anselmo Lindberg Oliver
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
bankruptcy@ALOLawGroup.com
Firm File Number: B17050037

This law firm is deemed to be a debt collector.

**IN THE UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 17-80660 |
| Derek Bruce Woods; | CHAPTER 7 |
| Debtor(s). | JUDGE Thomas L. Perkins |

**EXHIBIT SUMMARY AND CERTIFICATE OF SERVICE**

The following exhibits in reference to the MOTION FOR RELIEF FROM AUTOMATIC STAY filed by Wells Fargo Bank, N.A. are available upon request. Movant will bring exhibits to any scheduled Court hearings on this matter.

1. Mortgage signed by Derek B. Woods on June 13, 2014 and recorded on June 16, 2014 as document number 20-1403107.
2. Note signed by Derek B. Woods on June 13, 2014.
3. Assignment of Mortgage recorded on May 16, 2017 as document number 20-1702812.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2017, a copy of the foregoing Motion for Relief from Automatic Stay was served on the following registered ECF participants, **electronically through the court's ECF System** at the email address registered with the court:

Sean Michael Williams, Debtor's Counsel

Jeana K .Reinbold, Trustee

United States Trustee

And on the following by **first-class U.S. Mail** addressed to:

Derek Bruce Woods, 321 Ferry Road, Geneseo, IL 61254

  /s/ Crystal Sava
Attorney for Creditor