**IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

IN RE:                                                CASE NO. 17-80660

Derek Bruce Woods;                      CHAPTER 7

Debtor(s).                                   JUDGE Thomas L. Perkins

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

On the motion of Wells Fargo Bank, N.A., a secured creditor herein, the Court having jurisdiction over the subject matter and due notice having been given;

IT IS HEREBY ORDERED that the automatic stay in this case is modified as to the interest of Wells Fargo Bank, N.A., its successors, and/or assigns in the property commonly known as 301 West Williams Street, Atkinson, Illinois 61235.

IT IS FURTHER ORDERED THAT Rule 4001(a)(3) is not applicable and the effect of this order is not stayed.

Anselmo Lindberg Oliver
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
bankruptcy@ALOLawGroup.com
Firm File Number: B17050037

This law firm is deemed to be a debt collector.